KAREN P. HEWITT
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7140

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>6.01 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; DOMINGO LAKE ESTATES; AND ALL OTHER INTERESTED PARTIES,<br><br>Defendants. | Case No. 08cv0279- IEG (AJB)<br><br>NOTICE OF PENDENCY OF ACTION<br><br>[C.C.P. §405.20] |

PLEASE TAKE NOTICE that an action was commenced in the above-named court on February 13, 2008, by the above-named Plaintiff against the above-named defendants and is now pending. The purpose of the action is to take a 180 day right of entry regarding the real property described in the attached "Schedule C." The said interest in land has been designated for acquisition by the United States for use in connection with the construction and establishment of a Multi-Tier Fence Project in San Diego County, California, and for such other uses as may be authorized by Congress or by Executive Order.

The real property referred to here and affected by this action is located in the County of San Diego, State of California, and is comprised of portions of Assessor's Parcel Nos. 659-090-05-00 and 659-090-07-00. The names of the owners of the subject real property and the purported owners of other

interests in the subject real property are:

Domingo Lake Estates, LLC, and there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "All Other Interested Parties."

DATED: April 14, 2008

KAREN P. HEWITT
United States Attorney

s/ Tom Stahl

TOM STAHL
Assistant U. S. Attorney
Chief, Civil Division
Attorney for Plaintiff

SCHEDULE "C"
LEGAL DESCRIPTION

Tract No. SDC-BLV-906E

A portion of the tract of land currently used as a right of way and identified on the attached Schedule "D", situate in the W½ of Section 9, Township 18S, Range 6E, San Bernardino Principle Meridian, County of San Diego, State of California; the entire tract is also known as Assessors Parcel Numbers 6590900100 and 6590900700, San Diego County, California. Containing 2.71 acres, more or less, for the portion taken.

Tract No. SDC-BLV-906E-1

A portion of the tract of land currently used as a right of way and identified on the attached Schedule "D", situate in the S½ of Section 9, Township 18S, Range 6E and Section 10, Township 18S, Range 7E, San Bernardino Principle Meridian, County of San Diego, State of California; the entire tract is also known as Assessors Parcel Numbers 6590900500 and 6590900700, San Diego County, California.

Containing 3.30 acres, more or less, for the portion taken.

SCHEDULE "D"

Tract No. SDC-BLV-906E




A portion of the tract of land currently used as a right of way situate in W½ of Section 9, Township 18S, Range 6E, San Bernardino Principle Meridian, County of San Diego, State of California; the entire tract is also known as Assessors Parcel Numbers 6590900100 and 6590900700, San Diego County, California.

Containing 2.71 acres, more or less, for the portion taken.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>6.01 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; DOMINGO LAKE ESTATES; AND ALL OTHER INTERESTED PARTIES,<br>Defendants. | Case No. 08cv0279-IEG (AJB)<br><br>CERTIFICATE OF SERVICE BY MAIL |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF PENDENCY OF ACTION [C.C.P. §405.20] (Filed 2/13/2008)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

DOMINGO LAKE ESTATES, LLC
22365 BARTON ROAD, NO. 200
GRAND TERRACE, CA 92313

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008

Tricia R. Lamb